# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| SOLECKI, PHILIP ANTHONY | § | Case No. 12-22850 |
| SOLECKI, ERIN DORCAS | § § § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE COURT
> 219 South Dearborn
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/08/2013 in Courtroom ,

> Joliet City Hall
> 150 West Jefferson, 2nd Floor
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/06/2013            By: CLERK OF THE COURT

Peter N. Metrou, Trustee
123 W. Washington Street
Suite 216
Oswego, IL 60543

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                               §
                                     §
SOLECKI, PHILIP ANTHONY              §    Case No. 12-22850
SOLECKI, ERIN DORCAS                 §
                                     §
        Debtor(s)                    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 11,850.00 |
| and approved disbursements of | $ | 888.29 |
| leaving a balance on hand of[1] | $ | 10,961.71 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,935.00 | $ 0.00 | $ 1,935.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 38.16 | $ 0.00 | $ 38.16 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,973.16 |
| Remaining Balance | $ 8,988.55 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 161,452.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 12,357.36 | $ 0.00 | $ 687.97 |
| 000002 | Capital One Bank (USA), N.A. | $ 15,931.00 | $ 0.00 | $ 886.92 |
| 000004 | Bridgeview Bank Group | $ 117,812.23 | $ 0.00 | $ 6,558.94 |
| 000005 | American Express Bank, FSB | $ 6,290.39 | $ 0.00 | $ 350.21 |
| 000006 | Citibank, N.A. | $ 9,062.00 | $ 0.00 | $ 504.51 |
| | Total to be paid to timely general unsecured creditors | | $ | 8,988.55 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                          Case No. 12-22850-BWB
Philip Anthony Solecki                                                          Chapter 7
Erin Dorcas Solecki
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-1          User: msims                 Page 1 of 3                 Date Rcvd: Feb 08, 2013
                              Form ID: pdf006             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2013.
db/jdb        +Philip Anthony Solecki,   Erin Dorcas Solecki,   3867 Bailey Rd.,   Yorkville, IL 60560-4711
18998686      +American Express,   Box 0001,   Los Angeles, CA 90096-8000
19580540       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19481496       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18998687      +Bell Tower Park Property Owners Ass,   c/o Compass Group, Registered Agent,
                3701 Tamiami Trail North, 3rd Fl.,   Naples, FL 34103-3729
19514182      +Bridgeview Bank Group,   24115 W 103rd St,   Ste B,   Naperville, IL 60564-8014
18998689      +C.E.S. Ltd.,   P.O. Box 1006,   Wilbraham, MA 01095-7006
18998690      +Capital One Bank,   P.O. Box 70886,   Charlotte, NC 28272-0886
19471098       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
18998691      +Chase Auto Finance,   P.O. Box 9001801,   Louisville, KY 40290-1801
18998692      +Chase Credit Card,   P.O. Box 15298,   Wilmington, DE 19850-5298
18998694      +Crescent Electric,   P.O. Box 500,   East Dubuque, IL 61025-4418
18998695     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Business Credit,   PO Box 81577,   Austin, TX 78708-1577)
18998696       First National Bank Omaha,   P.O. Box 2557,   Bellevue, NE 68123
18998699      +Harris Bank,   P.O. Box 5038, Ste. 300,   Rolling Meadows, IL 60008-5038
18998700      +Home Depot,   P.O. Box 182676,   Columbus, OH 43218-2676
18998701      +Home Depot,   P.O. Box 183175,   Columbus, OH 43218-3175
18998702      +Keith's Car Care,   P.O. Box 69,   Oswego, IL 60543-0069
18998704      +MJ Electrical,   31 W 377 Schoger Dr.,   Naperville, IL 60564-5657
18998703       Midway Services Utilities,   Billing Division,   4685 118th Ave. North,
                Clearwater, FL 33762-4444
18998705       NES of Ohio,   29125 Solan Rd.,   Solon, OH 44139-3442
18998706      +Oswego Community Bank,   P.O. Box 1070,   Oswego, IL 60543-1070
18998707      +Oxie Valley,   1700 Liberty St.,   Aurora, IL 60505-3202
18998709      +Scott A. Prentice,   526 Danbury Drive,   Oswego, IL 60543-8046
18998710      +Steiner,   1250 Touhy Ave.,   Elk Grove Village, IL 60007-4985
18998711      +Target National Bank,   3901 W. 53rd St.,   Sioux Falls, SD 57106-4221
18998712      +The Courtyard Homes at Bell Tower P,   c/o Compass Group, Registered Agent,
                3701 Tamiami Trail North, 3rd Fl.,   Naples, FL 34103-3729
18998713      +US Bank Home Mortgage,   4801 Frederica St.,   Owensboro, KY 42301-7441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18998685      +E-mail/Text: ally@ebn.phinsolutions.com Feb 09 2013 11:46:45     Ally,   P.O. Box 380901,
                Minneapolis, MN 55438-0901
19379129       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 09 2013 11:55:48
                American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
18998688      +E-mail/Text: kevin.ameriks@bridgeviewbank.com Feb 09 2013 11:48:11     Bridgeview Bank,
                7940 S. Harlem Ave.,   Bridgeview, IL 60455-1598
19650098       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 09 2013 11:52:50     Citibank, N.A.,
                c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK  73124-8840
18998697       E-mail/Text: scd_bankruptcynotices@grainger.com Feb 09 2013 12:37:53     Grainger,
                Dept. 852994227,   Palatine, IL 60038-0001
18998698      +E-mail/Text: cheryl.chandler@graybar.com Feb 09 2013 11:48:07     Graybar,
                12431 Collections Drive,   Chicago, IL 60693-0001
18998708       E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2013 11:51:03     Sam's Club,   P.O. Box 530981,
                Atlanta, GA 30353-0981
                                                                                                TOTAL: 7

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18998693*      Chase Credit Card,   P.O. Box 15298,   Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

Certificate of Notice   Page 6 of 7

```
District/off: 0752-1          User: msims              Page 2 of 3            Date Rcvd: Feb 08, 2013
                              Form ID: pdf006          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 10, 2013**               **Signature:**      _Joseph Speetjens_

```
District/off: 0752-1          User: msims                Page 3 of 3                   Date Rcvd: Feb 08, 2013
                              Form ID: pdf006            Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2013 at the address(es) listed below:

    Joseph R Voiland  on behalf of Debtor Philip Anthony Solecki jrvoiland@sbcglobal.net
    Joseph R Voiland  on behalf of Joint Debtor Erin Dorcas Solecki jrvoiland@sbcglobal.net
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
    Peter N Metrou  on behalf of Trustee Peter N Metrou met.trustee7@att.net,
     met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
    Peter N Metrou  met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
     pmetrou@ecf.epiqsystems.com

                                             TOTAL: 5