# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SOLECKI, PHILIP ANTHONY | § | Case No. 12-22850 |
| SOLECKI, ERIN DORCAS | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Peter N. Metrou, Trustee _____

                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bell Tower Park Property Owners Ass c/o Compass Group, Registered Agent 3701 Tamiami Trail North, 3rd Fl. Naples, FL 34103 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Finance P.O. Box 9001801 Louisville, KY 40290 | | | | | |
| | Oswego Community Bank P.O. Box 1070 Oswego, IL 60543 | | | | | |
| | The Courtyard Homes at Bell Tower P c/o Compass Group, Registered Agent 3701 Tamiami Trail North, 3rd Fl. Naples, FL 34103 | | | | | |
| | US Bank Home Mortgage 4801 Frederica St. Owensboro, KY 42301 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally P.O. Box 380901 Minneapolis, MN 55438 | | | | | |
| | C.E.S. Ltd. P.O. Box 1006 Wilbraham, MA 01095 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Credit Card P.O. Box 15298 Wilmington, DE 19800-5298 | | | | | |
| | Chase Credit Card P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Crescent Electric P.O. Box 500 East Dubuque, IL 61025 | | | | | |
| | Dell Business Credit PO Box 81577 Austin, TX 78708-1577 | | | | | |
| | First National Bank Omaha P.O. Box 2557 Bellevue, NE 68123 | | | | | |
| | Grainger Dept. 852994227 Palatine, IL 60038-0001 | | | | | |
| | Graybar 12431 Collections Drive Chicago, IL 60693 | | | | | |
| | Harris Bank P.O. Box 5038, Ste. 300 Rolling Meadows, IL 60008 | | | | | |
| | Home Depot P.O. Box 182676 Columbus, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Keith's Car Care P.O. Box 69 Oswego, IL 60543 | | | | | |
| | MJ Electrical 31 W 377 Schoger Dr. Naperville, IL 60564 | | | | | |
| | Midway Services Utilities Billing Division 4685 118th Ave. North Clearwater, FL 33762-4444 | | | | | |
| | NES of Ohio 29125 Solan Rd. Solon, OH 44139-3442 | | | | | |
| | Oxie Valley 1700 Liberty St. Aurora, IL 60506 | | | | | |
| | Sam's Club P.O. Box 530981 Atlanta, GA 30353-0981 | | | | | |
| | Scott A. Prentice 526 Danbury Drive Oswego, IL 60543 | | | | | |
| | Steiner 1250 Touhy Ave. Elk Grove Village, IL 60007 | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000003 | AMERICAN EXPRESS CENTURION BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | BRIDGEVIEW BANK GROUP | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000006 | CITIBANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 12-22850 BWB Judge: BRUCE W. BLACK | |
| Case Name: | SOLECKI, PHILIP ANTHONY | |
| | SOLECKI, ERIN DORCAS | |
| For Period Ending: | 07/13/13 | |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Date Filed (f) or Converted (c): | 06/05/12 (f) |
| 341(a) Meeting Date: | 06/28/12 |
| Claims Bar Date: | 11/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 5670 Kensington Ft. Myers, FL | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. 8106 Queen Palm Ln., Unit 112 Ft. Myers, FL | 79,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account at Citen National Bank, Plainfiel | 1,800.00 | 0.00 | | 0.00 | FA |
| 4. 1 Bedroom Set; 2 TVs; 1 DVD Player; 1 Couch; 2 Arm | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. Misc. CDs, DVDs & VHS Tapes | 300.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Men's & Women's Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Band & Ring | 500.00 | 0.00 | | 0.00 | FA |
| 8. Lincoln Benefit Life Co. - term life | 0.00 | 0.00 | | 0.00 | FA |
| 9. Trinity Electrical Services, Inc. 165 Kirkland Cir | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2009 Lincoln MKS | 15,000.00 | 0.00 | | 0.00 | FA |
| 11. Miscellaneous Tools | 600.00 | 0.00 | | 0.00 | FA |
| 12. 1998 Oldsmobile (u) | 0.00 | 0.00 | | 1,600.00 | FA |
| Undisclosed asset-1998 Oldsmobile-sold at auction | | | | | |
| 13. 2000 Dodge Ram Cargo Van (u) | 0.00 | 0.00 | | 1,500.00 | FA |
| Unscheduled asset-2000 Didge Ram Cargo Van sold at auction | | | | | |
| 14. 2006 Honda Civic (u) | 0.00 | 0.00 | | 8,750.00 | FA |
| Undisclosed asset-2006 Honda Civic sold at auction | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $350,700.00 | $0.00 | | $11,850.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR to UST 1-11-13; filed w/clerk 2-6-13

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 17.02e

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-22850    BWB    Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | SOLECKI, PHILIP ANTHONY | Date Filed (f) or Converted (c): | 06/05/12 (f) |
| | SOLECKI, ERIN DORCAS | 341(a) Meeting Date: | 06/28/12 |
| | | Claims Bar Date: | 11/29/12 |

Initial Projected Date of Final Report (TFR): 08/01/20        Current Projected Date of Final Report (TFR): 08/01/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.02e

Page: 1

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-22850  -BWB |
| Case Name: | SOLECKI, PHILIP ANTHONY |
| | SOLECKI, ERIN DORCAS |
| Taxpayer ID No: | *******7783 |
| For Period Ending: | 07/13/13 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8779  Checking Account |
| Blanket Bond (per case limit): | $ 60,894,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/22/12 | * NOTE * | American Auction Associates, Inc. 8515 S. Thomas Avenue Bridgeview, IL 60455 | * NOTE *  Properties 12, 13, 14 | 1229-000 | 11,850.00 | | 11,850.00 |
| 11/07/12 | 001001 | American Auction Associates, Inc. 8515 South Thomas Avenue Bridgeview, IL 60455 | Auction Expenses Auctioneer Expenses per invoice and court order entered 11-2-2012. | 3620-000 | | 888.29 | 10,961.71 |
| 03/11/13 | 001002 | PETER N METROU 123 W. WASHINGTON STREET SUITE 216 OSWEGO, IL  60543 | Chapter 7 Compensation/Expense | | | 1,973.16 | 8,988.55 |
| | | | Fees          1,935.00 | 2100-000 | | | |
| | | | Expenses        38.16 | 2200-000 | | | |
| 03/11/13 | 001003 | American InfoSource LP as agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | Claim 000001, Payment 5.56729% | 7100-000 | | 687.97 | 8,300.58 |
| * 03/11/13 | 001004 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000002, Payment 5.56726% | 7100-003 | | 886.92 | 7,413.66 |
| 03/11/13 | 001005 | Bridgeview Bank Group 24115 W 103rd St Ste B Naperville, IL 60564 | Claim 000004, Payment 5.56728% | 7100-000 | | 6,558.94 | 854.72 |
| 03/11/13 | 001006 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000005, Payment 5.56738% | 7100-000 | | 350.21 | 504.51 |
| 03/11/13 | 001007 | Citibank, N.A. c/o American InfoSource LP | Claim 000006, Payment 5.56731% | 7100-000 | | 504.51 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 11,850.00 | 11,850.00 |

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        12-22850  -BWB
Case Name:      SOLECKI, PHILIP ANTHONY
                SOLECKI, ERIN DORCAS
Taxpayer ID No: *******7783
For Period Ending: 07/13/13

Trustee Name:                        Peter N. Metrou, Trustee
Bank Name:                           Congressional Bank
Account Number / CD #:               *******8779  Checking Account

Blanket Bond (per case limit):   $ 60,894,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 05/31/13 | 001004 | PO Box 248840 Oklahoma City, OK 73124-8840 Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000002, Payment 5.56726% | 7100-003 | | -886.92 | 886.92 |
| 05/31/13 | 001008 | AMERICAN INFOSOURCE Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000002, Payment 5.56726% | 7100-000 | | 886.92 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 11,850.00 | 11,850.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 11,850.00 | 11,850.00 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 11,850.00 | 11,850.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******8779 | 11,850.00 | 11,850.00 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 11,850.00 | 11,850.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                              0.00                0.00